Nick Captain, Administrator of Estate of Peter Captain, Deceased, Appellant, v. Patsy (Pasquale) Saviano and Angelo Saviano, Appellees,

Gen. No. 44,396.

opinion filed June 23, 1948; released for publication July 12, 1948. Ritsos & Ritsos and G. A. Bosomburg, for appellant; John J. Sullivan and Burt A. Crowe, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.

Arthur Rimmke, Appellee, v. George Gierich and Mary Gierich, Appellants.

Gen. No. 10,239.